IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN D. MASSA, JR. and BRENDON MASSA,<br><br>Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:23-cv-01491-AN<br><br>ORDER |

Pursuant to the Stipulation of Plaintiffs Steven D. Massa Jr. and Brendon Massa and Defendant State Farm Mutual Automobile Insurance Company, under Federal Rule of Civil Procedure 41(a), and the Court being fully advised, IT IS ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

DATED this 12th day of September, 2024.

_____
Adrienne Nelson
United States District Judge

1